Opinion issued November 16, 2021



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-21-00525-CR

### NO. 01-21-00526-CR

———————————

### IN RE FRANCISCO ROMERO, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Francisco Romero, incarcerated and acting pro se, has filed a petition for writ of mandamus requesting that we compel the trial court to rule on his request for judgment nunc pro tunc adjusting pre-sentence jail time credits.[1] We deny the petition.

---

[1] The underlying cases are *State of Texas v. Francisco Alberto Romero*, cause numbers 1278299 and 1355145 in the 351st District Court of Harris County.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).